# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-000246 |
| v. | (Judge Brann) |
| TARRON DENNIS, | |
| Defendant. | |

## ORDER

**AND NOW**, this 30th day of November 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Defendant Tarron Dennis' Motion to Suppress Evidence (ECF No. 60) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge